40024. HEADRICK et al. v. FURST-McNESS COMPANY.

EBERHARDT, Judge. The contract in this case being substantially the same as that considered in *W. T. Rawleigh Co. v. Overstreet*, 71 Ga. App. 873 (32 SE2d 574), we are bound by the

ruling there that the contract was one of suretyship. The overruling of defendants' general demurrer is

*Affirmed. Felton, C. J., and Russell, J., concur.*

DECIDED APRIL 2, 1963.

*Archibald A. Farrar,* for plaintiff in error.
*Thomas J. Espy, Jr.,* contra.